LISA J. BAZANT, PLLC
GW Building
2722 3RD Avenue North, Suite 400
P.O. Box 1832
Billings, MT 59103-1832
Phone:  406-696-2197
Fax: 406-248-4770
lisabazant@hotmail.com
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTOFER MIKAL WRIGHT,<br><br>Defendant. | **Case No.**  CR 24-93-BLG-SPW<br><br>**THIRD UNOPPOSED MOTION TO CONTINUE PRETRIAL DEADLINES AND TRIAL DATE** |

COMES NOW Defendant, KRISTOFER MIKAL WRIGHT,  by and through Defendant's counsel of record, LISA J. BAZANT, and moves the Court for an order continuing the dates currently set for pretrial deadlines and trial date. In support of his motion, Defendant states:

1.  Undersigned counsel has obtained the discovery and initiated review

-1-

with her client, who is currently housed in Big Horn County Detention Facility in Basin, Wyoming. While in the course of review, Mr. Wright has requested additional discovery that has not been previously disclosed by the Government, but is referenced in other discovery documents, to include substantive text messages and electronic and aerial surveillance. Mr. Wright asserts that he needs complete discovery in order to effectively evaluate his case. Counsel has been in contact with counsel for the government, Thomas Godfrey, who is working with law enforcement to obtain the items requested. Following receipt, undersigned counsel will travel to Basin to review the discovery with her client.

   2. Based on the outstanding discovery requested, counsel currently is not able to assess whether relevant pretrial motions exist. Additionally, given the nature of the allegations and the potential sentence Defendant is facing, the undersigned respectfully requests a continuance of the pretrial deadlines and trial date.

   3. Counsel has contacted Assistant U.S. Attorney Thomas Godfrey regarding the motion. Mr. Godfrey has no objection.

   RESPECTFULLY SUBMITTED January 3, 2025.

/s/Lisa J. Bazant
LISA J. BAZANT
Attorney for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on January 3, 2025, a copy of the foregoing document was served on the following persons by the following means:

__1__   CM-ECF

_____ Hand Delivery

__2__   Mail

_____ Overnight Delivery Service

_____ Fax

_____ E-Mail

1.

CLERK, UNITED STATES DISTRICT COURT

Thomas Godfrey
Assistant United States Attorney
U.S. Attorney's Office
Billings, MT

2.
Kristofer Mikal Wright

/s/ Lisa J. Bazant
LISA J. BAZANT
Attorney for Defendant