LISA J. BAZANT  PLLC
GW Building
2722 3rd Avenue North, Suite 400
P.O. Box 1832
Billings, MT 59103-1832
Phone:  406-696-2197
Fax: 406-248-4770
lisabazant@hotmail.com
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTOFER MIKAL WRIGHT,<br><br>Defendant. | **Case No.**  CR 24-93-BLG-SPW<br><br>**MOTION TO CHANGE PLEA** |
|---|---|

COMES NOW the defendant, KRISTOFER MIKAL WRIGHT,  by and through his counsel of record, LISA J. BAZANT, and hereby moves this Court to allow him to enter a plea of guilty to Counts II and VI of the Indictment with the

-1-

benefit of a plea agreement to be filed forthwith.

Undersigned counsel respectfully informs the Court that she will be out of town the week of May 27th through May 30th, 2025.

RESPECTFULLY SUBMITTED this 12th day of May, 2025.

                                        /s/Lisa J. Bazant
                                        LISA J. BAZANT
                                        Attorney for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on May 12, 2025 a copy of the foregoing document was served on the following persons by the following means:

__1__  CM-ECF

____  Hand Delivery

_2__  Mail

__ __  E-Mail

1.
CLERK, UNITED STATES DISTRICT COURT

Thomas Godfrey
Assistant United States Attorney
U.S. Attorney's Office
Billings, MT

2.
Kristofer Mikal Wright

/s/Lisa J. Bazant
LISA J. BAZANT
Attorney for Defendant

-3-