LISA J. BAZANT, PLLC
GW Building
2722 3RD Avenue North, Suite 400
P.O. Box 1832
Billings, MT 59103-1832
Phone:  406-696-2197
Fax: 406-248-4770
lisabazant@hotmail.com
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTOFER MIKAL WRIGHT,<br><br>Defendant. | **Case No.**  CR 24-93-BLG-SPW<br><br>**UNOPPOSED MOTION TO CONTINUE SENTENCING** |

COMES NOW Defendant, KRISTOFER MIKAL WRGHT,  by and through Defendant's counsel of record, LISA J. BAZANT, and moves the Court for an order continuing the sentencing hearing in this matter, currently set for September 17, 2025  as well as related deadlines for submission of sentencing memoranda.  In support of his motion, undersigned counsel states that additional time is necessary

-1-

to complete tasks relevant to sentencing considerations.

Undersigned counsel anticipates that a continuance of 60 days will be sufficient to complete the tasks.

Counsel has contacted Assistant U.S. Attorney Thomas Godfrey regarding the motion. Mr. Godfrey has no objection.

RESPECTFULLY SUBMITTED August 25, 2025.

/s/Lisa J. Bazant
LISA J. BAZANT
Attorney for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on August 25, 2025, a copy of the foregoing document was served on the following persons by the following means:

__1__  CM-ECF

____  Hand Delivery

__2_  Mail

_____ Overnight Delivery Service

_____ Fax

_____ E-Mail

1.

CLERK, UNITED STATES DISTRICT COURT

Thomas Godfrey
Assistant United States Attorney
U.S. Attorney's Office
Billings, MT

2.
Kristofer Wright

/s/ Lisa J. Bazant
LISA J. BAZANT
Attorney for Defendant