THOMAS K. GODFREY
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone:   (406) 657-6101
Fax:     (406) 657-6989
Email:   Thomas.Godfrey@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTOFER MIKAL WRIGHT,<br><br>Defendant. | CR 24-93-BLG-SPW<br><br>DECLARATION OF PUBLICATION |

Under 21 U.S.C. § 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was advertised on an official government internet site

1

(www.forfeiture.gov) for at least 30 consecutive days, beginning on August 7, 2025 and ending on September 5, 2025. (*See* Attachment 1.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2025 at Billings, Montana.

        KURT G. ALME
        United States Attorney

        */s/ Thomas K. Godfrey*
        THOMAS K. GODFREY
        Assistant U.S. Attorney
        Attorney for Plaintiff