LISA J. BAZANT, PLLC
GW Building
2722 3RD Avenue North, Suite 400
P.O. Box 1832
Billings, MT 59103-1832
Phone:  406-696-2197
Fax: 406-248-4770
lisabazant@hotmail.com
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTOFER MIKAL WRIGHT,<br><br>Defendant. | **Case No.**  CR 24-93-BLG-SPW<br><br>**UNOPPOSED MOTION TO CONTINUE SENTENCING** |
|---|---|

COMES NOW Defendant, KRISTOFER MIKAL WRGHT, by and through Defendant's counsel of record, LISA J. BAZANT, and moves the Court for an order continuing the sentencing hearing in this matter, currently set for March 13, 2026, as well as related deadlines for submission of sentencing memoranda.  In support of his motion, undersigned counsel states she has a scheduling conflict on

-1-

the date currently set.  Counsel requests a short continuance and respectfully requests the Court set the matter for *Friday, March 27, 2026 at 2:30 p.m.*

Counsel has contacted Assistant U.S. Attorney Thomas Godfrey regarding the motion.  Mr. Godfrey has no objection.

RESPECTFULLY SUBMITTED January 30, 2026.

                                      /s/Lisa J. Bazant
                                      LISA J. BAZANT
                                      Attorney for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

      I hereby certify that on January 30, 2026, a copy of the foregoing document was served on the following persons by the following means:

__1__   CM-ECF

____   Hand Delivery

__2_   Mail

_____   Overnight Delivery Service

_____   Fax

_____   E-Mail

1.

  CLERK, UNITED STATES DISTRICT COURT

Thomas Godfrey
Assistant United States Attorney
U.S. Attorney's Office
Billings, MT

2.
Kristofer Wright

                        /s/ Lisa J. Bazant
                        LISA J. BAZANT
                        Attorney for Defendant