Outlook

---

**Kris**

---

**From** Tami Bronnenberg <tbronnenberg@icloud.com>

**Date** Mon 2/23/2026 12:37 PM

**To** lisa bazant <lisabazant@hotmail.com>

Sent from my

To whom it may concern,

Kris had bad upbringing, drug addict for father, mother who wasn't around much from holding down 3 jobs. At age 4 gave Kris to my parents to raise to keep him away from his Father , which didn't do much good. There were rules that my parents and I tried to enforce but his Father allowed him to use drugs, party whatever he wanted. Kris would sneak around to go down to his Dads. I even turned his Father in but was told I was being vindictive ex wife. Kris's step father and I tried repeatedly to convince Kris he needed to stay away from his Dads influence, but how do you compete with a parent who allows you to do whatever you want, drugs , drink to one that has rules and expectations.

Kris asked me to go bail him out when he was picked up and taken to Casper. I told him No. Kris should have never been bailed out from Casper, but his Father paid his bail , had drugs on him when he picked Kris up. So here is why we are here today. If Kris wanted money his Dad would hold it over his head to get him to do his bidding.)

I honestly believe Kris has it in him to be a responsible, respectful citizen, he just needs to stay away from his Father . There was a point in Kris's life that he was doing good, going to college full time, working full time, got married was buying a house and a car, baby in the way. Then his Dad came around and it went down hill. I am now raising his son who is now 13, doesn't know his Dad. It has been very hard on my Grandson 2 parents who are drug addicts. Nether parent in his life. I pray someday Kris and Ayden can have a relationship, healthy relationship. Kris just found out this last year he has another son who is 15, who was planning on moving in with me but they found foster family in Iowa to take him in. He very much wants to get to know Kris.

Kris is one of the most kind caring person when he is clean. It's not easy raising my Grandkids on social security , have even had to go back to work to support them. When Kris was sober he did help me with money, he's a good worker, a good person.

Thank the lord his Father is now sitting behind bars where he should have been years ago, so he will no longer be able to get Kris to do his bidding. I believe this will give Kris the chance he needs to correct his life and make better decisions because the main influencer in his bad decisions has been removed.

I understand Kris must pay his dept to society, your honor I would ask you take into account the horrible Father he had influencing him. The children he has that would like a chance to get to know their father, and Mother who would like to see her son succeed before my time on this earth is over.

Thank you your Honor

Tami Bronnenberg


DEFENDANT'S
EXHIBIT
501

To whom it may concern,                                    12/16/25

I am writing this letter to show support for Kris Wright. I have known kris for 20+ years. Kris suffers from addiction as we all know. As we all know as well kris has done plenty of jail and prison time due to his addiction. But that has obvisly done him no good. I personally believe treatment would help him much more. He has 2 sons that would benefit from having him around. Its very hard on kris to be so far away from his family. Plus him being around would help his disabled mother who is raising the kids at this time. Kris has a good heart and would help anyone who needs it. He just needs someone to believe in him. So I wanted to write the court in hopes to give him a chance at treatment. Which has never been done. I truly believe prison doesn't help addicts, treatment does. Thank you.

Sincerely,
Ashley Canapp



10/22/25

To whom it may concern:

My name is William Brewer and This letter is in Support for Kris Wright that is currently housed in the Big Horn County Jail.

Kris has made many mistakes in his life that have, unfortunately, cost him much of his freedom. I do know, Kris has never been a violent person and never Will be a violent person. It seems to me that he has not been given the proper rehabilitation while Incarcerated. Please give this serious Thought When his sentencing comes to fruition. I do believe with all my heart Kris can and Will change when given the proper Treatment.

Thanks, Billy Brewer

DEFENDANT'S
EXHIBIT
503
PENGAD 800-631-6989



RECEIVED
NOV -3 2025
OSPD - Big Horn/Park

## IN THE CIRCUIT COURT, FIFTH JUDICIAL DISTRICT
## PARK COUNTY, WYOMING (CODY)

**STATE OF WYOMING,**
*Plaintiff,*

vs.

**KRISTOFER M. WRIGHT,**
*Defendant.*

Criminal Docket No. CR-2023-234 (OD)

F I L E D

SEP 15 2023

CIRCUIT COURT OF FIFTH JUDICIAL DISTRICT
PARK COUNTY, WYOMING

By_____ Clerk

## FELONY INFORMATION

**COMES NOW** the State of Wyoming, by and through Larry Eichele, Deputy Park County and Prosecuting Attorney, and hereby informs the Court and gives the Court to understand that the above-named Defendant:

**Count I:** On or about July 23, 2023, in Park County, Wyoming, committed the offense of delivery of a controlled substance, to wit: did deliver a controlled substance classified as a Schedule II controlled substance, namely: methamphetamine, in violation of Wyoming Statute § 35-7-1031(a)(i), a felony, punishable by imprisonment of not more than twenty (20) years, a fine of not more than twenty-five thousand dollars ($25,000.00), or both, contrary to the form of the Statute in such case made and provided, and against the peace and dignity of the State of Wyoming.

**Count II:** On or about July 23, 2023, in Park County, Wyoming, committed the offense of delivery of a controlled substance, to wit: did deliver a controlled substance classified as a Schedule II controlled substance, namely: fentanyl, defined as a narcotic drug pursuant to Wyoming Statute § 35-7-1002(xv), in violation of Wyoming Statute § 35-



DEFENDANT'S EXHIBIT 504

PENGAD 800-631-6989

RECEIVED

NOV - 3 2025

OSPD - Big Horn/Park

7-1031(a)(i), a felony, punishable by imprisonment of not more than twenty (20) years, a fine of not more than twenty-five thousand dollars ($10,000.00), or both, contrary to the form of the Statute in such case made and provided, and against the peace and dignity of the State of Wyoming.

**Count III:**    On or about July 23, 2023, in Park County, Wyoming, committed the offense of delivery of a controlled substance, to wit: did deliver a controlled substance classified as a Schedule IV controlled substance, namely: diazepam, in violation of Wyoming Statute § 35-7-1031(a)(iii), a felony, punishable by imprisonment of not more than two (2) years, a fine of not more than two thousand five hundred dollars ($2,500.00), or both, contrary to the form of the Statute in such case made and provided, and against the peace and dignity of the State of Wyoming.

**FOR PROBABLE CAUSE:**    See the Affidavit of Matthew Harnisch, a Special Agent with the Wyoming Department of Criminal Investigation, attached hereto and incorporated herein by this reference.

**WHEREFORE,** the undersigned prays that a warrant issue for the arrest of the above-named Defendant.

**DATED: September** _14th_, 2023.

STATE OF WYOMING

LARRY EICHELE, WSB #7-6213
Deputy Park County and Prosecuting Attorney

STATE OF WYOMING
COUNTY OF PARK

**FILED**    FIFTH Judicial District

RECEIVED
FEB 23 2026
OSPD - Big Horn/Park

STATE OF WYOMING,    )    FEB 18 2026
    Park County Circuit Court
    Park County, Wyoming
        plaintiff    )    BY: _____ Clerk    wensday 2/18/26

    Vo    )    Criminal Case No. CR-2023-234-COD

Kristofer Wright,    )

        Defendant    )

## MOTION TO PROCEED OR Dismiss charges

Comes now, the defendant, Kristofer Wright, pro-se, here by moves this court to proceed, or Dismiss all the Charges alleged in the above case No.

defendant has been pro active in trying to deal with the above charges to no avail. Defendant has not been able to contact attorney Tim Blatt in this case. defendant has wrote to the court as well, and recieved no reply. The charges, years old and have not shown up on NCIC and no detainer was ever filed. defendant is being prejudiced by lack of contact, and believes Due process is being violated, Along with other grave constitutional Rights in the US constitution and Wyoming Constitution. Defendant has requested the Complete Discovery and has recieved nothing. Defendants sent Mutiple letters to state public defender with no replys. Defendant is also prejudiced by lack of initiative of the state, because Defendant is prevented from recieving any rehabilitative programs with a warrant or detainer.

DEFENDANT'S EXHIBIT 505
PENGAD 800-631-6989

Courts do not simply punish, but must restore and rehabilitate with a goal of returning the convicted person to their community as soon as practicable. Your honor I am not able to do any programing or rehabilitate stuff that I know I truly do need. the defendant feels that if the state wants to pursue this case against the defendant, then the state needs to file a detainer and make arrangements for me to be ~~brought there to deal~~ with these charges. I was arrested on wyoming warrant but taken into Marshal custody for federal charge. I will be sentenced soon and want to make sure im not sent across the country with this matter still pending because as we mentioned it prevents me from any type of programing. In the alternative I humbly ask this court to dismiss charges for due process, speedy trial and other violations. Defendant believes this court can issue a habeas corpus proceeding on behalf of the defendant. Defendant thanks the court for their valuble time and humbly prays this court will intervene in this matter.

Respectfully Submitted

Kristofer wright #38484
Big horn County Jail P.O. Box 47
Basin wy 82410

Febuary 18th 2026

RECEIVED
FEB 25 2026
OSPD - Big Horn/Park

IN THE CIRCUIT COURT, FIFTH JUDICIAL DISTRICT
PARK COUNTY, WYOMING (CODY)

STATE OF WYOMING )
          plaintiff, )
                    )
vs.                 )   Criminal Case No. CR-2023-234-COD
Kristofer Wright    )
                    )
          defendant, )   **FILED**
                    )
                    )   FEB 25 2026
                    )   CIRCUIT COURT OF FIFTH JUDICIAL DISTRICT
                        PARK COUNTY, WYOMING
                        By _____ aa _____ Deputy

## MOTION FOR SPEEDY TRIAL, under Wyoming State Constitution and U.S. Federal Constitution

Comes now the defendant, Kristofer Wright, pro-se, hereby moves this honorable court for a Order Demanding A speedy trial on the pending charges in CT-2023-234-COD.

These charges are 3 years old. There has never been a detainer filed on these charges and the warrants did not show up on a search. The defendant believes that this is about Malicious prosecution, or vindictive prosecution. The defendant has not been presented any of the Discovery the State has. The defendant believes the prosecution in this case is to prevent the defendant the opportunity for rehabilitation and programing. The longer it takes to deal with these charges the more it prejudices the defendant, therefore the defendant prays this honorable court, for a Demand of speedy trial, or for the charges to be dismissed against the defendant.



DEFENDANT'S EXHIBIT 306
PENGAD 800-631-6989

State of Wyoming, )
County of ~~Park~~, ) ss
        Big Horn )

The foregoing document was signed before me
by Kristopher Wright _____, on Febuary, ~~22nd~~, 2026
                                    23rd

_____
Notary public

My Commission expires : 12-5-2027

Certificate of Service
        This is to Certify that on, _____ day, of Febuary, 2026
I placed the forgoing document into the USPS postal service mail
to the following. Postage Prepaid
        1. Circuit Court park county  /  ~~defendant~~
        clerk of Circuit court       /  _____
        1002 Sheridan Ave.           /  Kristofer Wright #38484
        Cody wy 82414                /  Big horn county jail
                                        P.O. Box 47
                                        Basin wy 82410